UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR, <br><br> Plaintiff, <br><br> v. <br><br> G. ALVAREZ, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-01514-CDB (PC) <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. 2) <br><br> **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Rodney C. Buckley, Jr., is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed *in forma pauperis* ("IFP"), but he did not sign the pleading. (Doc. 2.) All filings submitted to the court must bear the signature of the filing party. Fed. R. Civ. P. 11(a); L.R. 131(b). Therefore, if Plaintiff wishes to proceed with this action, he must either submit a completed and signed IFP application or pay the $402.00 filing fee.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), is DENIED WITHOUT PREJUDICE;

2. **Within fourteen (14) days** Plaintiff shall submit a completed and signed IFP application or pay the $402.00 filing fee in full; and

3. **Failure to comply with this order may result in a recommendation for the dismissal of this action for failure to comply with a court order and failure to prosecute.**

The Clerk of Court is directed to provide Plaintiff with a form IFP application.

IT IS SO ORDERED.

Dated:   **December 1, 2022**          _____
                                        UNITED STATES MAGISTRATE JUDGE