UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. ALVAREZ, et al., <br><br> Defendants. | Case No.: 1:22-cv-01514-CDB <br><br> **ORDER STRIKING COMPLAINT** <br><br> (Doc. 1) <br><br> **ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY (30) DAYS** |

      Plaintiff Rodney C. Buckley, Jr., is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

      It has come to this Court's attention that Plaintiff's complaint filed November 24, 2022,[1] is not signed. (*See* Doc. 1 at 6, 15.) Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b).

      Because the complaint is not signed by Plaintiff, the Court must strike it from the record. Fed. R. Civ. P. 11(a). Plaintiff will be permitted an opportunity to file a signed complaint, within

---

[1] The Court recognizes the significant passage of time following Plaintiff's filing of the complaint in this Court, which is one of the busiest district courts in the nation. Delays, while unfortunate, are inevitable. The Court sincerely regrets the delay in addressing Plaintiff's complaint.

30 days of the date of this order, that complies with the Federal Rules of Civil Procedure and the Local Rules. The Court will direct the Clerk of the Court to provide Plaintiff with a copy of his complaint filed November 24, 2022, as a one-time courtesy and for Plaintiff's ease of reference, as well as a blank civil rights complaint form. Finally, Plaintiff is advised that any properly signed and filed complaint will be screened without delay upon its submission.

**CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The complaint filed November 24, 2022 (Doc. 1) is **STRICKEN**;
2. The Clerk of the Court is **DIRECTED** to provide Plaintiff with a copy of the complaint filed November 24, 2022, as a one-time courtesy. The Clerk is **FURTHER DIRECTED** to serve a blank civil rights complaint form with this order; and
3. **Within thirty (30) days** of the date of service of this order, Plaintiff **SHALL** file a signed complaint.

IT IS SO ORDERED.

Dated:   **January 10, 2025**                                   _____
                                                                UNITED STATES MAGISTRATE JUDGE