UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR.,<br><br>           Plaintiff,<br><br>     v.<br><br>G. ALVAREZ, et al.,<br><br>           Defendants. | Case No.: 1:22-cv-01514-CDB<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 19)<br><br>**21-DAY DEADLINE** |

Plaintiff Rodney C. Buckley, Jr., is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     DISCUSSION**

On February 19, 2025, the Court issued its First Screening Order. (Doc. 18.) Plaintiff was directed to do one of the following: (1) file a first amended complaint curing the deficiencies identified in the order; (2) file a notice that he intends to stand on his complaint as screened; or (3) file a notice of voluntary dismissal. (*Id*. at 13.)

On March 19, 2025,[1] Plaintiff filed a document titled "Request for Motion of Extension of Time." (Doc. 19.) Plaintiff states he received the Court's screening order on the afternoon of February 24, 2025, and has been unable to obtain Priority Legal User (PLU) status in the law library. (*Id*.) On March 1, 2025, Plaintiff began fasting during the holy month of Ramadhan. (*Id*.)

---

[1] Although not accompanied by the required Proof of Service, Plaintiff signed and dated his request on March 10, 2025.

He requests an extension of time "to adequately meet each claim's requirements" in accordance with the Court's screening order. (*Id*. at 1-2.)

Plaintiff has demonstrated good cause for an extension of time. The Court will grant Plaintiff an additional 21 days within which to comply with the screening order.

## II.     CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** as follows:

1. Plaintiff's request for an extension of time (Doc. 19) is **GRANTED**; and
2. Plaintiff **SHALL** file a first amended complaint or otherwise comply with the Court's First Screening Order (Doc. 18) **no later than 21 days** from the date of service of this order.

**Any failure by Plaintiff to comply with this Order may result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:   **March 20, 2025**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

2