1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY C. BUCKLEY, JR.,                  Case No.: 1:22-cv-01514-CDB

12                    Plaintiff,               **ORDER DISCHARGING ORDER TO
                                               SHOW CAUSE**
13           v.
                                               (Doc. 23)
14    G. ALVAREZ, et al.,

15                    Defendants.

16

17           Plaintiff Rodney C. Buckley, Jr., is proceeding pro se and *in forma pauperis* in this civil

18    rights action pursuant to 42 U.S.C. section 1983.

19           **I.      INTRODUCTION**

20           On April 24, 2025, the Court issued its Second Screening Order, finding Plaintiff's first

21    amended complaint presented a cognizable First Amendment retaliation claim against Defendant

22    Macabitas, a First Amendment free exercise claim against Defendant Alvarez, and Fourteenth

23    Amendment equal protection claims against Defendants Alipaz and Alvarez, but failed to state

24    any other cognizable claim against any individual. (Doc. 22.) Plaintiff was directed to do one of

25    the following within 21 days: (1) file a notice indicating he was willing to proceed only on the

26    claims found cognizable by the Court, or (2) file a second amended complaint, or (3) file a notice

27    of voluntary dismissal. (*Id*. at 15-16.)

28           On May 23, 2025, when more than 21 days plus time for mailing passed, the Court issued

its Order to Show Cause in Writing Why Action Should Not be Dismissed for Failure to Obey Court Order and Failure to Prosecute. (Doc. 23.) Plaintiff was ordered to respond within 14 days. (*Id*. at 2.)

On May 27, 2025, Plaintiff filed a second amended complaint. (Doc. 24.) The amended complaint is dated and signed May 20, 2025. (*Id*. at 15-16.)

## II.    DISCUSSION

Plaintiff was ordered to file any amended complaint within 21 days of the Court's screening order issued April 24, 2025. The second amended complaint was dated and signed May 20, 2025, or 26 days later. Nevertheless, the Court will discharge the OSC and screen the second amended complaint in due course.

Plaintiff is reminded that "all Court deadlines are strictly enforced." (*See* Doc. 4 at 5 [First Informational Order in Prisoner Civil Rights/Civil Detainee Civil Rights Case issued 11/23/22].) Moving forward, Plaintiff should be mindful of applicable deadlines to avoid the potential dismissal of this action for a failure to obey court orders and failure to prosecute.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that the OSC (Doc. 23) issued May 23, 2025, is **DISCHARGED**. The second amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   __May 28, 2025__                          _____
                                                   UNITED STATES MAGISTRATE JUDGE

2