UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR.,<br><br>      Plaintiff,<br><br>   v.<br><br>G. ALVAREZ, et al.,<br><br>      Defendants. | Case No.: 1:22-cv-01514-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT MACABITAS WITHOUT PREJUDICE<br><br>(Doc. 35) |

Rodney C. Buckley, Jr. seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that Defendant Macabitas be dismissed without prejudice for failure to effect service of process. (Doc. 35.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (*Id*. at 3.) The Court also advised the parties that the "failure to file objections within the specified time may result in a waiver of rights on appeal." (*Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 6, 2025 (Doc. 35) are **ADOPTED** in full.
2. Defendant Macabitas is **DISMISSED** from this action without prejudice.
3. The action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **December 4, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE