UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. ALVAREZ, et al., <br><br> Defendants. | Case No.: 1:22-cv-01514-JLT-CDB (PC) <br><br> **ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> (Doc. 54) |

On April 22, 2026, the parties filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 54.) The stipulation is signed and dated by Plaintiff Rodney C. Buckley, Jr. and by Kori V. Salas, counsel for Defendants C. Alipaz, G. Alvarez, M. Hickison, and S. Connors. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**                        _____

UNITED STATES MAGISTRATE JUDGE